# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JACKIE LEE MILLER, JR. | ) | Case No: 5:02CR5-6 |
| | ) | USM No: 19014-058 |
| Date of Previous Judgment: May 5, 2003 | ) | Randolph Lee |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 34 | | Amended Offense Level: 34 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 262 to 327 months | | Amended Guideline Range: 262 to 327 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  As this case did not involve cocaine base, the retroactive crack cocaine application does not apply.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  May 5, 2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 1, 2009

Effective Date: June 1, 2009
(if different from order date)

_Richard L. Voorhees_
Richard L. Voorhees
United States District Judge